Matter of Attorneys in Violation of Judiciary Law § 468-a (2021 NY Slip Op 05388)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

Matter of Attorneys in Violation of Judiciary Law  468-a

2021 NY Slip Op 05388

Decided on October 7, 2021

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 7, 2021

PM-131-21
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. 

Calendar Date:September 13, 2021
Before:Garry, P.J., Lynch, Aarons, Pritzker and Colangelo, JJ.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) moves pursuant to Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a) (5) and Rules of the Appellate Division, Third Department (22 NYCRR) § 806.9 for an order suspending respondent attorneys — all of whom either last listed a registration address within this Judicial Department or were admitted to practice by this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.7 [a] [2]) — upon the ground that they have failed to fulfill their respective attorney registration obligations for at least two consecutive biennial registration periods since 2016 (see Judiciary Law § 468-a; Rules of the Chief Admin of Cts [22 NYCRR] § 118.1). Respondents were noticed of the application pursuant to the terms of an order to show cause issued by this Court which was marked returnable September 13, 2021 and which is supported by affidavit of AGC's counsel with exhibits (see generally Judiciary Law § 90 [6]).
Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 both require that attorneys admitted to practice in New York file a registration statement with the Office of Court Administration on a biennial basis. This obligation extends to all attorneys admitted in New York, regardless of where they work or reside, and even applies to attorneys who have been suspended or who have retired from the practice of law altogether (see Rules of Chief Admin of Cts
[22 NYCRR] § 118.1 [a]-[c], [g]). After an attorney's initial registration upon admission to the bar, the obligation to register is triggered by the attorney's birthdate every other year thereafter, and an attorney has a 30-day grace period following his or her birthdate in which to satisfy the obligation (see Judiciary Law § 468-a [2]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]). Since the registration requirement applies "for as long as the attorney remains duly admitted to the New York bar" (Rules of Chief Admin of Cts
[22 NYCRR] § 118.1 [a]-[c]), it may only be terminated by the attorney's death, disbarment or formal resignation upon order of the Appellate Division (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).[FN1]
The failure to duly register as an attorney "shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division . . . for disciplinary action" (Judiciary Law § 468-a [5]; see Benjamin v Koeppel, 85 NY2d 549, 556 [1995]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [h]). To be sure, the Rules of Professional Conduct explicitly define "conduct that is prejudicial to the administration of justice" as attorney misconduct (see Rules of Professional Conduct [22 NYCRR 1200.0] rule 8.4 [d]), and this Court has repeatedly and consistently held that an attorney's failure to comply with his or her registration requirements is professional [*2]misconduct warranting the imposition of discipline (see Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706, 1707 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a, 65 AD3d 1447 [2009]; Matter of Arms, 251 AD2d 743, 743—744 [1998]; Matter of Ryan, 238 AD2d 713, 713—714 [1997]; Matter of Farley, 205 AD2d 874, 874—875 [1994]).
AGC has put forth uncontroverted evidence of each respondent's misconduct in the form of documentary proof that each respondent has repeatedly failed to fulfill his or her attorney registration obligations and remains delinquent in that obligation to date (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.9 [a] [5]). Accordingly, AGC's motion is hereby granted and each respondent listed on the schedule attached hereto is suspended, effective immediately and until further order of this Court (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; see also Matter of Attorneys in Violation of Judiciary Law § 468-a [D'Alessandro], 169 AD3d 1349 [2019]; Matter of Jing Tan, 164 AD3d 1515 [2018]).
Garry, P.J., Lynch, Aarons, Pritzker and Colangelo, JJ., concur.
ORDERED that the motion of the Attorney Grievance Committee for the Third Judicial Department is granted; and it is further
ORDERED that each respondent listed on the schedule attached hereto is suspended from the practice of law, effective immediately, and until further order of this Court; and it is further
ORDERED that, for the period of suspension, respondents are commanded to desist and refrain from the practice of law in any form in the State of New York, either as principals or as agents, clerks or employees of another; and respondents are hereby forbidden to appear as attorneys or counselors-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold themselves out in any way as attorneys and counselors-at-law in this State; and it is further
ORDERED that respondents shall comply with the provisions of the Rules for Attorney Disciplinary Matters regulating the conduct of suspended attorneys and shall duly certify to the same in their affidavits of compliance (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.15); and it is further
ORDERED that this memorandum and order on motion shall be deemed served upon respondents by (1) its continuous publication on this Court's website, (2) weekly publication on this Court's Twitter account for a period not to exceed 30 days, (3) email delivery of this memorandum and order on motion to "any and all email addresses on file" for each respondent with the Office of Court Administration, and (4) first-class mail to the last-known home address of each respondent without an email address on file with the Office of Court Administration.

NAME
REG ID

ABAD, CARLO
4229571

ABERGEL, OLIVER NISSIM
2922136

ABERNATHY, BILLY JOHN
4164877

ABRAMS, AILEEN THERESA
4364006

ADDA, EMMANUEL ELIE
3928652

ADEKANYE, OMOLOLA
5374756

ADENIYI, FEMI ABIODUN ADEROHUNMU
4319687

ADLER, MARC LEONARD
5052808

ADVANI, ABHISHEK
5027750

ADVANI, ANIL
2993301

AHERN, CATHAL
4334322

AHN, DOHYUN
4204277

AHN, SARAH
4263935

AHUJA, RAJIV
4483434

AKIMOTO, NAOKO
5243266

AKPANA, IBOROMA TAMUNOEMI
4248738

AKPOFURE, OMESIRI SOTONYE
2994309

ALAZZAZ, SHIHANA SALEH
4949988

ALBIZU, CHRISTOPHER O
4451290

ALBRECHT, ANDREA JOY
5029293

ALBRIGHT, JOHN DAVID
4083655

ALDER, GEOFFREY THOMAS
2704021

ALFANO, MIREILLE NOEL
4579884

ALHANKO, MAUD LARISSA
4420741

ALIRE, ALEXIS LYNN
4635231

ALMANN, LAURI
4402640

AMES, EMILY KATHRYN
4982039

ANOLICK, CHANA BRURIA
5018965

ANZELC, JOHN FRANK
4867370

APOSHIAN, REGINA BLEWITT
5384128

ARCAYA, MARIA TERESA
4019865

ARQUIT, CHRISTINE ELAINE
1581081

ATTUIL, JEREMY EMMANUEL
4798740

BABITT, BRUCE H.
2397370

BADENHAUSEN, THOMAS MICHAEL
2254662

BAE, SEONG RYEOL
5098439

BAHN, YOUNGHOON
4899647

BAKER, JAMES EDWARD
2087484

BALDEN, BENJAMIN SCOTT
5223334

BANG, HYUN
2325371

BANHEGYI, ILONA IRMA
2712685

BANKS, STEVEN MARC
4338141

BAO, CHEN
4638136
BARBATANO, SALVATORE ANTHONY
4485660

BARNUM, MATTHEW SCHUBERT
5070784

BASSIL, ELIAS BASSIL
4414207

BATEMAN, GLENN ALAN
2421485

BAUM, LESLIE NICOLE
4514352

BAXMANN, JULIANE
4726287

BELLCOURT, GWENN M.
2588499

BENMOHA, MATHILDE V.
2916278

BEN-PORATH, TAMAR
2440030

BENSIMON, MAIA LAURENCE
4239869

BERGFELD, ROLAND
4049359

BERNA, JOSEPH
1848266

BERTRAM, YITZCHOK
4403499

BIELAN, JUDITH Q.
2334696

BILLON-LANFREY, TEHI JULIE
5264833

BIONDO, P. RICHARD
1407253

BISCAN, ADRIANA
5373014

BITICI, TEUTA
4618542

BLAINE, PATRICK-JAMES
4692398

BLANCHARD, PETER ALLAN BRADLEY
5255716

BLESER, MARILYN JEANNINE
4288312

BLOCK, WAYNE BRUCE
2303949

BLONDEAU, JUSTINE MARIE
5006614

BLUM, JENNIFER MICHELE
4161832

BLUMENFELD, MICHAEL BRIAN
2452993

BLUMKIN, ANNA G
4140083

BOBKOVA, KSENIA VLADIMIROVNA
4001277

BOGARDUS, FRANK E.
1023241

BONDAROWICZ, ANDREW STANLEY
4359022

BORISON, CRAIG STEVEN
4865580

BOUCHOUX, FRANCES VERONICA
2222016

BOYD, TRACY ELLEN
5235429

BRASWELL, WALTER M.
1941939

BREEZE, COLIN MCCLELLAN
2963114

BREGMAN, KEITH ALAN
2940963

BREUVART, FLORENCE DAPHNE
5050117

BRIDGEN, WILLIAM JOSEPH
2772168

BRODSKY, CHARLES LOUIS
2765279

BRODY, TYLER
4494787

BRYANT, BILL LINTON JR.
4833406

BU, JOON HO
5005723

BUKOWSKI, KENNETH ANTHONY II
5152954

BURGHARDT, KIRSTEN RITA
4018982

BURKE, JAMES ROBERT
3026267

BURRIS, ANNE STEEL
3024106

BYUN, HEEKU
4442828

CAMACHO, LUIS ANDRES
5324900
CAMERON, TORYAH SHANI
2916518

CARLSON, KERSTIN BREE
4949319

CARTER, FRANCIS OLIVER
4242772

CASCIO, SHEILA S.
4390381

CASIERI, DIANA
3007960

CASILLA, SUNILDA ESPERANZA
4493557

CASSANITI, JOCELYN E.
4413266

CASSIDY, DEREK MICHAEL
4593026

CERNEA CLARK, ADAM MCALPINE
5338520

CERRAHOGLOU, EMINE EDA
4383154

CERRATI, CORINNE
4949392

CERRETANI, MEGHAN MARIE
4223293

CHAMBERS, ROBERT FREDERICK
4415121

CHANG, WEI-CHIEN
5077409

CHANG, YUNGLUN
4332581

CHARRETON, VALERIE ANN
4590097

CHAU, STANLEY T.
2869527

CHEN, CHING YI
4385688

CHEN, CHI-YUAN
5039201

CHEN, JINGSI
5296397

CHEN, LI-CHING
2519593

CHEN, MENG
5341144

CHEN, QIAO
5285234

CHEN, TAO
4784393

CHEN, YU
5261805

CHENG, YUE
5283080

CHEONG, KENNETH PO LEONG
4177416

CHEONG, SIMON KAI-TSE
4119798

CHI, JAMES C.
3017787

CHIN, LISA JENNIFER
5088687

CHING, ANTHONY CHUNG WEI
2201820

CHOI, EUN-HWA
2946135

CHOI, JONG
2994937

CHOI, TAEEUN
5301643

CHON, JONGIK
4148300

CHOUDHARY, ANIL KUMAR
5347141

CHUNG, JOON HYUG
5297742

CHUNG, MOON SOO
1941863

CHUSID, JODIE LEITH
3961893

CITRO, LAWRENCE FREDERICK
2677185

CLAPAUD, SANDRA
4907184

CLARK, JOANNE
2180545

CLARK, MELISSA AUGUSTA
2389039

CLASPER, JAMES BOYD
4201034

COE, SHANNON DENISE
4396859

COGER, KARIN YVONNE
4275343

COHEN, MAYAN
5311709
COHERNOUR, DAVID CLAIR
4042156

COLE, AVRIL TUNDETE
4221792

COLE, JOHN HERBERT WAYNE
2957173

COLEGRAVE, SIENA BYASS BLAKE
5292412

COLEMAN, JEFFREY HOWARD
1834720

COLLANTES-GARCIA, ANNA CRISTINA VALENCIA
4734109

COLLIN, SAMUEL ROBERT
4856605

COLLINS, WILLIAM DANIEL
4859831

CONNELLY, SEAN MARTIN
5283239

CORRIS, SARA
4898862

COUTTENYE, ANDREA CAROLINA
4086575

COYLE, BRIAN J.
2541829

CRAIN, JULIE JUSTINE
2654259

CRAWFORD, AUSTIN KEVIN
2777266

CRAWFORD, RYAN VELASCO
4572897

CROSS, JEFFREY DAVID
4345864

CUBBY, DAVID RICHARD
5012778

CUMMINS, MICHAEL RICHARD
4397154

DAGUERRE, MATTHIEU
5061171

DALCORTIVO, KATHLEEN MARY
5076351

D'ALESSANDRO, GREGORY PAUL
4993903

DANIELS, TIMOTHY ARCHER JR.
5357272

DAY, JAMES BRENDAN
4865549

DE LANCASTRE VALENTE, MARTIM
4732178

DE NOAILLY, APOLLINE
5392501

DE VIENNE, PAOLA
5150446

DELICATE, ROBERT LOUIS
4802997

DENNEHY, MUIREANN S.
4640785

DEVITO, BRIAN
5235817

DHAR, VILAS S.
4606182

DIAZ, DAVID
4385621

DIMICKELE, SUSAN MARIE
4972543

DING, HUIZHONG
5351507

DODGE, ANDREA TYLER
2057396

DONG, YUE
4974762

DONLON, ROBERT M.
2268126

DOWNES, PAMELA MARGARET
4856514

DRAKE, RUSSELL JACKSON
4481628

DREW, LAUREN KATHRYN
5054614

DROHOBYCZER, LARISSA
4950796

DU, MENG
5321682

DU, YANG
5258918

DUAN, XIAOYUAN
5230412

DUKE, XERONA GENEVIEVE
5352836

DUNN, LINDSAY ANNE
4747622

DUNPHY, GEORGIA BENNETT
5132543

DURYNSKI, JENNIFER
2920312
EASTMAN, JAMES LOUIS
2757888

ECHIVERRI, JUAN CRISOSTOMO MALABANAN
5261474

ECO, KRISTINE
5056692

EHRLICH, JEANINE DAWN
2461689

EKELUND, DAVID JAMES JR
4718920

ENGLISH, DEREK MICHAEL
4980710

EPSTEIN, JONATHAN HARRIS
2782415

ERBE, KATHARINA
5269238

ERHARD, JOHN FREDERICK
4043998

ERICSSON, SETH IRA
4866323

ERION, GRAHAM CLARE SIEMENS
5012125

ESMAIL, WALEAD
4486809

ESPINOSA, EDGAR FERNANDO
4373296

ESTEVES, DULCE PAULA
2773281

EZEH, IHUAKU GERALDINE
5400833

FAEHNER, KATHLEEN ANN
5352166

FAGBO, SAYEEDAH MOSUNMOLA
4163168

FAIRCHILD, CHRISTOPHER CLEMENT
3047750

FALCONE, JACQUELINE CLAIRE
4932943

FALK, SCOTT ALAN
2458230

FAZENDEIRO, RORY ZACK
3971140

FELDMAN, MICHAEL KEVIN
3971058

FELL, DONNA MARIE
2678399

FENNER, BRAXTON FREDDIE
2391183

FERNANDES, AARON ERIK
5259775

FERNANDES, SUE-ELLEN CASSIANA
4434312

FERNANDEZ, RONNIE
4679460

FERRADA, DIEGO WALKER
4524674

FERRIN, RICHARD PRESTON
2815470

FIELDS, PAULETTE TITKO
2141570

FIGULI, JOSHUA DAVID
4867339

FILIPCIUC, ANDREEA
4045456

FLAHERTY, ALYSSA ANN
5361001

FONSECA, PERRY MATTHEW
3070927

FONTAINE, MARGOT
5240452

FONTANA, OLIVER
3982188

FORMAN, SALLY JANE
2115608

FRANK, GLORIA HEIDI
2035178

FRANK, MARY KRISTEN
4788394

FRAZIER, STACY ELIZABETH
4568408

FRIEDMAN, JOEL HOWARD
2143154

FU, SILI
5040225

FU, XIN
5133731

FU, ZHONGQI
5377189

GARCIA, KAEFER JESUS
5361027

GARRIDO, ASHLEY CASSEL
4931929

GEIMER, GREGOR JOHANNES
4042206
GEORGE, SAIJU
5363940

GETLAN, LEAH SCHMULEWITZ
2801868

GIBBONS, YVETTE
2624427

GIBSON, COLIN DAVID
5120886

GILL, MARY-ANN ELIZABETH
4381570

GINSBERG, KENNETH J.
2687184

GIULIANO, ERIC DANIEL
4896072

GIVNER, JOSHUA KYLE
4607735

GLOWITZ, DANIEL AARON
4763801

GNALY, LEA INNOCENTE
4958971

GOLDBERG, ESTHER
2332906

GOLDENBERG, RINA
2756484

GONG, WEILIANG
5288014

GONZALES, MICHAEL ROBERT JR.
5368592

GOODMAN, JONATHAN ROSS
2812196

GORDON, BRYAN BRADY
4462073

GORDON, JEFFREY AARON
4983342

GOSSET, ANNE-LAURE
4688289

GOVERE, MAUREEN
4952792

GRADY, DAVID ALOYSIUS
4346623

GRAMA, BERND PAUL
4297883

GREENE, KATHERINE A.
2884906

GROMANN, GLENN ERIC
2541712

GUERRERO, CRISTINA
4829438

GUERRERO, LINDSEY BETH
4594644

GUIDETTA, ANGELA MARIA
4581054

GUMMI, MANASA REDDY
5339684

GUZMAN, ASHLEY NICOLE PRATHER
5134614

GWAK, DONG-YEOL
2872158

GWALA, MICHAEL ZENZELE
4872693

HACKETT, ELLEN ANN
4685871

HAHN, PEARL JINJOO
5373477

HALL, HANNA MARY
4205696

HALTIWANGER, NURIA L.
4453015

HAMEED, AYAZ
4511861

HAMRA, CYNTHIA ANN
4293924

HAMRA-KROUHA, MOHAMED
4397485

HARDAWAY, PATRICIA LOFTON
2546398

HARDIE, KATIE
5254388

HARPER, NICHOLAS SKELLY
4898797

HARRIS, ASHLEY ANASTASIA
5115597

HARRISON, AMANI SUNDAY
4089074

HARRISON, COLIN MICHAEL
5065172

HARTWELL, LAUREN ASHLEY
5169529

HASHIZUME, BRYCE
5340096

HAUHART, ROBERT CHARLES
2135911

HE, XIAOLIN
5073465
HEALEY, JESSICA NICOLE
4715512

HEGEDUS, JOSEPH KENNETH
1748383

HEINE, TODD MATTHEW
5290374

HELLMAN, JORDAN ANDREW
4802781

HENDRICKS, CYNTHIA LEIGH
4335808

HENDRY, LESLEY ANN
5126842

HENNEBERG, CORINNE RUBY
5321948

HENNESSEY, JOANN MARIE
3033933

HIGGINS, MARK MELLEN
5389671

HIGGINS, VALERIE JEAN SALERNO
2597227

HILL, CATHERINE
2347607

HING, ANGELINA WEI YUEN
4378824

HINSON, CHAD MICHAEL
4914602

HIROSAWA, TARO
5241781

HO, SEONG HO
5279328

HOFSTETTER, KARL A.
2260073

HOIDAL, STEN-ERIK
4336186

HOLTZMAN, MICHAEL STEVEN
5242227

HONDA, SHOICHI
2828960

HORSCH, SARAH ELIZABETH
5173059

HUA, YUAN
5051065

HUANG, HSIANG-CHEN
4870440

HUANG, LEI
5273743

HUANG, SHANZHE
4971131

HUANG, TIHUA
4844635

HUBERT, AGATHE GABRIELLE MARIE
5046198

HUC, NOEMIE
5163431

HUGHES, GERARD ANDREW
4494654

HUITFELDT, ERIK TONNE
2531051

HUNDLEY, JOYCE BODEN
1234780

HURVITZ, MARC LESLIE
2336659

HUSSEY, ALYSON MOLLOY
2787976

HWANG, JUNO
4624409

HWANG, MIRAN
5106729

HYUN, DONGYEOP
5264577

IBRAHIM, JESSICA MARIA
5260708

ILARDI, GREGG ANDREW
4001400

INGALLS, JOHN SUMNER
1152891

INOUE, HIROKI
2744498

JACKSON, JIBRIL HASSAN
4544714

JANG, YOUNG JIN
4381117

JEN, SHU-CHIN
5128855

JENNINGS, LEO JOSEPH
2456457

JEONG, INCHAE
5059092

JIANG, CHONG
4957965

JIANG, FEI
5156260

JIJON ANDRADE, ALEGRIA
5279922
JING, QI
4937736

JO, DAE HWAN
4625612

JOHNSON, CHRISTOPHER CHARLES
4787149

JORDAN, WHITNEY JEVOUN
4696894

JOSHI, SEEMA
4293536

JOYCE, RACHAEL ELLEN
2879880

JUMA-BHOJANI, SORRAYAH
4089025

JUNG, EUN YOUNG
4329231

JUNG, KYU CHEOL
4775243

KAHNG, HYUN-JOONG
5304332

KALRA, KARAN
5240635

KANG, HYUN SU
4390746

KANG, JIWON
5371711

KANOFF, DANIEL R.
5090451

KARR, ALEXANDER JAMES
1280403

KASTEN, RYAN BRADLEY
4770871

KAWAMURA, MASAFUMI
2818417

KAZANTSEV, MIKHAIL SERGEEVICH
5351374

KELLING, DAVID HERBERT JR.
4701405

KELMAN, JONATHAN IRIK
2780732

KENJEEV, ALEX BAKHYT
5029921

KENNARD, ALAN LEE
3007606

KENNEDY, ELIZABETH BARRETT
4336350

KENNEY, PATRICK WILLIAM
4559357

KERJEAN, ALEXANDRA
5078274

KERR, JONATHAN HUGH
4880787

KHAWAR-BUTT, RABIA
4264594

KIHARA, MASAHIRO
2752095

KILLIAN, PATRICIA A.
2763126

KIM, ANNE JEESOO
5118617

KIM, DO-HYUNG
4186672

KIM, GEEN
4947008

KIM, HA NA
4839569

KIM, HYUN JUNG
4972006

KIM, HYUNG KYU
4582292

KIM, HYUNG WON
5312830

KIM, JENNIFER SUMI
4677506

KIM, JOON HYOUNG
5373816

KIM, KYUNGJOO
4469326

KIM, MIKYOENG
5332440

KIM, NAM HEE
5073739

KIM, STEVE JAEOK
5234745

KIM, SUHO
4160453

KIM, SUNG YOUL
2470649

KIM, TAE HUN
5209861

KIM, THOMAS TAE
3029642

KIM, WOONBAE
4472577
KIM, YOUNG HA
5285010

KINCHY, GERALD ALLAN
2700524

KITSANAYOTHIN, PONGPAT
5236740

KIZEL, PAUL
1887835

KNAPP, BARTON LAWRENCE
2320463

KOCAK, JASMIN
5131495

KOENIG, JEFFRY HAL
2538239

KOLBACH, DANIELLE
2889087

KOMISAR, HOWARD DEAN
2299295

KONA, MAANASA
5115910

KONG, HUANZHI
5253497

KOO, JOHN H.
2653673

KOPAN, TOVAH LYNN
4530036

KOWALSKI, BRIAN PETER
2236461

KUANG, PEIZHU
5277330

KUJAS, SAMUEL BERNARD
4429924

KUNII, NORIKA
4964722

KUO, CHEN-CHUN
4689980

KWAG, SEBOONG
4510202

KWAK, JUWON
5293790

KWAN, BERNARD KOK YIEN
5249297

KWON, YOUNG HUHN
2127009

LAMBA, PRIYA
5142906

LAMBEK, NADIA CLAIRE SOLWAY
5233176

LAMPING, WILLIAM JAY JR.
4548087

LANKAU, CHARLES ARTHUR III
2842664

LASSO, JULIE ANN
2964377

LATORRE, YVONNE
2458008

LATOUR, JANELLE ALEXA
5152988

LECHARTIER, ANNE GAUGHAN
2079929

LECLERC, MICHEL JEAN VOJTECH
5289939

LEDERMAN, JONATHAN LESLIE
2575116

LEE, B. CHRISTOPHER
5370218

LEE, CHANG KYOO
5266531

LEE, CHIEN-TE
2697910

LEE, DAVID
5094255

LEE, DONGYOUL
5288022

LEE, HOSUN
5272752

LEE, HYUNG SOO
5287701

LEE, JAE WOONG
4580312

LEE, JAEHOON
5275508

LEE, JANG-WOO
5290499

LEE, JEAN
5299235

LEE, JILL HYUN
4349742

LEE, JOU RU
4068821

LEE, JULIANNA OPHELIA
4445987

LEE, JUN HEE
4918926
LEE, JUNG SUN
5301718

LEE, KARLINE LOUISA
4957072

LEE, MARK SANGIL
2810919

LEE, MYOUNGJIN
4658258

LEE, SANGMIN
5185798

LEE, STEVEN TEAK-KIL
5321062

LEE, SUN HEE
5276118

LEE-DAVIS, AYANNA M.
4291373

LEIGH, IRENA ELISABETH
5113675

LEMKE, THOMAS PAUL
1885672

LESH, JULIA ERIN
5162706

LESTER, ZOE RUTH
5380449

LEVY, ALYCIA S.
4656633

LEWIS, JENNIFER CASTRO ANDERSON
4516761

LEWIS, LOUISE HOPE
2107266

LI, KO-HSIN
4204244

LI, KUAN-HSIEN
4226551

LI, MIN
5267059

LI, SI
5054093

LI, XIANG
5119003

LI, XIANGEN
5320494

LI, YING
5374897

LI, ZHI
5170733

LIM, YONG
5001169

LIN, BEI
5175237

LIN, HORNG-DAR
4617619

LIN, LIXIA
4550760

LIN, YUNG-SHENG
5326475

LIU, FANG
5245626

LIU, YAQI
5307707

LIU, YUANTIAN
4966651

LOHEAC, JENNIFER ANN
4642203

LOK, LEE JIUN
4832556

LOSIANOVICH, CHRYSTIA
5142435

LOU, GRACE A.
3930617

LOY, LISEL
2721306

LU, DI
5251111

LU, OU
5293857

LU, YUNGUANG
5264379

LUBAS, JUSTIN HENRY
5343504

LUCIDO, VICTORIA ANTOINETTE
5351630

LUKASZYK, JEFFREY DAVID
4636825

LUND, DAVID CARL
2922045

LUNSFORD, CINDY REBECCA
4419362

LUO, LING
5374681

LUO, RUI
5138227

LYLE, DENNIS ALFRED
5037452
MA, JIN
4306544

MA, XIANGXIANG
5275250

MA, YEMING
5310487

MACLEAN, JASON RYAN
4712196

MACNAMARA, DARACH JOSEPH
4260931

MACTHOIM, ROS GIOLLA MHUIRE
4301354

MAESTREY, ARNALDO VENERANDO
4422614

MALONE, PETER LOUIS
4630786

MALONE, SUSAN ANTONIA
5373709

MALONEY, MICHAEL PATRICK
4777694

MANGANELLO, CHRISTOPHER JON
5066378

MANGINELLO, RALPH PETER
5223136

MANSON, JAMES ANDREW
4845194

MARASIGAN, RICARDO BRISTAIN
1896547

MARCY, SARA CORBETT
4556684

MARFOE, JOHN GEORGE
4436663

MARGULIES, RACHEL BETH
5181557

MARIN CANO, LUCIA JOSEFA
5197876

MARK, CHRISTINE MECHTHILD BRIGITTE
3950870

MARTIN, ANNE-CHARLOTTE
5383591

MARTIN, PETER RUPPERT
2180594

MARTINSEN, CAROL ANNE
5357603

MASEK, MARK ALAN
2292076

MATSUKO, NAMI
2815702

MCCABE, F. BARRY
5088836

MCCALLISTER, IAN NORMAN
4093894

MCCORMICK, JEFFREY MORRIS
3940947

MCCULLOUGH, WILLIAM J.
2700623

MCEVOY, PATRICK THOMAS
5036066

MCGOWAN, SEAN ROBERT
4680492

MCGOWN, MARGARET ELIZABETH
2322352

MCKINNEY, DIARRA D.
4643391

MCNARY, MARK DAVID
1857879

MCPARTLAND LYONS, ANNE MARIE
2048759

MEADOW, JOSHUA
5077482

MEDINA, JOSE MIGUEL
5152707

MENG, FANPENG
5193701

MERRILL, SCOTT C.
2731776

MEYER, RICHARD STEVEN
3960200

MICHAEL, SIMRET
5267695

MICHALAKOPOULOS, PETER N.
2038727

MICHAUD, PATRICK ALLEN
3047198

MIELKE, LOUIS FRIEDRICH
2250124

MILLER, MICHELLE CAROLYN
2888204

MIRO, JEFFREY HALE
2152825

MITCHELL, BETH LEIGH
3066099

MITCHELL, JAMES EDWARD
5305289
MIYAKE, AKIKO
4175055

MONTGOMERY, NICHOLAS CLARK
2962835

MOORE, ASHE DAMIEN
4621850

MORITA, KEIICHI
3985652

MORRIS, KEVIN MICHAEL
3046737

MORRIS, SALLY R.
5387758

MORRISSEY, CHERYL ANNE
2402212

MOSKOWITZ, MELODY
1872308

MOTIWALA, SUMMER
5283007

MU, RONGRONG
4636312

MUCHYOVA, JANA
3995289

MULLA, SIMONE ADIL
5265830

MULLEN, JAMES FRANCIS
2256519

MULLIN, LISA ANN
3062833

MULLINS, EMMA LOUISE FRANCES
5272281

MUNNELLY, KENNETH J.
1964949

MUNRO, DAVID GEORGE
4154910

MURRAY, KAREN A.
2219723

MYSLINSKA, DAGMAR RITA
4272878

NAGARAJ, UMA
2927390

NAGAYAMA, RENA
4511390

NAGLE, PERRY JAMES
2459477

NAMEKATA, KUNIO
2699270

NAMPIJJA, SOPHIA SENYONDO
5268081

NELSON, ANDREW SPENCER
5246905

NELSON, BRYAN MATTHEW
5224654

NETTO, SUNITA CARMEL
5300785

NEWMAN, MATTHEW JOSHUA
5288741

NG, YUIH EIN
4447322

NIKOLIC, DARIO
4077582

NING, FEIFEI
5291422

NISHIO, SHINJIRO
4677464

NORRIS, MAUREEN O'NEILL
3026762

NORTHY, ABRAHAM
5083308

NUCCI, GEORGIA FLORENCE
2794816

OFEK, TIDHAR
5145131

OKAMORI, AYUKO
5220694

OKESANYA, AYOTUNDE O.
2917755

O'LEARY, PHILIP PATRICK
4884631

OLLIS, ROBERT WALTER JR.
4440103

O'MOLESKY, GREGORY MARK
4244513

ONORATO, STEPHANIE ANDREA
3029303

OROURKE, KEVIN GERARD
1093848

OSTERTAG, OLIVER
5355458

OUMELLAL, SABRINA SANDRINE
4512877

OWENS, GAIL MARY
4833653

PADA, ANDRES
2818375
PAICH, MICHAEL BRIAN
4944294

PALADINETTI, MARY ELIZABETH GODFREY
4788428

PAN, WEN
4601084

PANIAGUA DE APONTE, SARA RAQUEL
4949814

PAPPS, AARON JACOB
3954781

PARK, CHANIK
4855680

PARK, HEEJAE
4857454

PARK, JUNGWOO
5217401

PARK, MIN WOO
4321360

PARK, SUNG DUCK
4516290

PARKER, RHONDA B.
2037018

PATEL, TEJAL VASUDEV
4969945

PATTERSON, SHANELLE CHANTE
5142989

PEIMANI, JUSTIN KOUROSH
5367388

PELED, DAPHNA
2911741

PELIGRI, ROSE A.
2319358

PEREIRA, PAULO JOSE SILVERIO
5375365

PEREZ-LOPEZ, THOMAS WILLIAM
5163563

PERSON, JOHN C.
1881879

PIERWOLA, MILOSZ
5092101

PIKALOVA, SVETLANA ALEXANDRA
5361456

PISCOPO, LOUIS MICHAEL
2598456

PLANT, ERIC RYAN
4345534

PLAYBELL, VARNAVAS
4922548

PORTNER, KENNETH M
4346367

PULLEN, MICHAEL RHODES
3006962

QASEM, MAALI MAJIED
4244190

QIAO, SHANSHAN
5082292

QIAO, SHITONG
5161716

QIAO, ZHI
5276167

QIU, WENXIONG
5127667

QUIGLEY, KRISTEN QUINN
5009717

QUINN, EDEL MARIE
4846101

QUINN, JOHN FRANCIS
5151790

RAGSDALE, RONALD EARL
2209658

RAIMONDI, CAROLINA BOECHAT LOPES
4335998

RAKOVE, HELEN SCHARF
1463249

RAMBHIA, ARUN JETHALAL
4965786

RANDALL, JOHN THOMAS
5397641

RAO, SIMANA BASU
4967634

RAPETSKI, RALPH JOSEPH
2072817

RATLIFF, SUELLEN
3069523

RAYCROFT, KELSEY ROSE
5347802

REICHEL, MARK CHRISTOPHER
4152401

REN, WA
4968533

RENZULLI, RYAN VINCENT
4318747

RHEINGOLD, ARTHUR DAVID
1553577
RICHARDSON, HETTY LAWRENCE
2293629

RODRIGUEZ, ANDRES ERNESTO
5379052

RODRIGUEZ, JOSEPH RYAN
4492500

ROE, KEVIN WILLIAM
5106463

ROGGEVEEN, DIRK GARDINER
2112100

ROSENBERG, MATTHEW JACOB
5262514

ROSENTHAL, DAVID L.
4906905

ROSS, SUSAN L.
1696970

ROTHMAN, IVAN
2847168

ROZENBLIT, LEONID G.
2879898

RYU, KWANG HOO
5342530

SADER, NADA ALICE
4606133

SADOWSKI, KAROLYN RACHEL
4643722

SAMPA, EDWARD
5274261

SANDLER, KELLY ANNE
4853412

SANTILLI, ROSELLA
4128849

SANTOS, ARABELYS
5266911

SARONA, JAZZIE MATELA
5285028

SATO, HIROYUKI
5246426

SAULEN, MARTIN JOSEPH
4890950

SBARDELLINI COSSI, BRUNO
5057468

SCALLY, JEAN MARIA
4521894

SCARBOROUGH, JAY ROSS
2150951

SCARDUZIO, DANIELLE
5146618

SCARTON, AMY MARIE
4251567

SCHASSLER, STEVEN G.
2802833

SCHOEN, NEAL WILLIAM
1350131

SCHOFIELD, IVAN ROBERT
4399879

SCOTT, JASON H.
3009784

SHAH, HARSHAL RAJESH
5290507

SHAH, SHIBANI GAURANG
4862090

SHALAKANY, AMR AHMED
2996460

SHANNON, BROOKE A.
2974491

SHANNON, KEVIN PATRICK
4730479

SHAW, HOLLY CHRISTINE
4929238

SHAW, RONALD R.
1382951

SHENN, PATRICE ANN
1551084

SHIBAYAMA, KEIKO
5251772

SHIIYA, KAZUYUKI
5058797

SHIN, CATHERINE SUNAE
4091294

SHIN, EUNGYOUNG
3991585

SHIRAI, MASAKAZU
4532362

SHON, BINHEE
5362181

SHUTKIN, WILLIAM ANDREW
2464832

SIDDIQUI, MEHNAZ
4598298

SIEMERS, LAURA DIANE
2962629

SIEMINSKI, AMY
5351788
SILVERTHORN, MARK ANTHONY
2832103

SIM, HYUNGNYUN
4905741

SIMKIN, ARSHIA
5367834

SIMMONS, GRAHAM DELANO SINCLAIR
2833705

SIMON, BRIAN DAVID
2573137

SLOCUM, STEPHEN J.
5144282

SMALL, ALICE K.
2321610

SMITH, ANDREW DAVID MORANT
5350970

SMITH, CARRIE BARBRA
4372231

SMITH, DANIEL GARRETT
4592242

SMITH, DAVID R.
1895002

SMITH, PETER JOHN
2490373

SMITH, RENEE SHANTEL
5261151

SMURSZ, ZVI
5260542

SNEIRSON, MARILYN GOLDFARB
2299451

SNYDER, KEVIN JOHN
2822781

SOK, KHAVAN
4724977

SOMER, JENNIFER SARA
4814687

SON, JIYOUN
4665972

SON, MARCO
5036652

SONG, JIN HO
5371810

SOYKA, JENNIFER MCKENNA
3983350

SPETH, ELIZABETH KENNETT
4452868

SRIVASTAVA, RITU
4600441

STAIRS, ELIZABETH ANNE
2747947

STAMKOS, MELISSA ANN
4915674

STEELE, DANIELLE LEE
5219266

STEIN-KAEMPFE, JACQUELINE
4227542

STELLATO, PATRICK MICHAEL
1801299

STEWART, JAMES EDWARD
5006531

STEWART, KENYATTA KESHAWN
4734984

STEWART, SARA B.
1947365

STIPPL, CHRISTOPHER
2801553

STOCKMAN, MICHAEL MURRAY
4960563

STONER, ANGELA ELIZABETH
4665477

STRANIERI, VALERIE ELLEN
5371539

SUAREZ ANZORENA, CARLOS IGNACIO
4990750

SUDOL, WALTER EDWARD
2006914

SUGIHARA, ERI
5235148

SULLIVAN, SUSAN LISA
2495430

SUMAS, JOHN JAMES
4395307

SUN, YI
4600714

SUN, YUE
5164785

SWIFT, CHRISTOPHER MADISON
4781670

TAINAKA, KATSUYUKI
5247804

TAKANO, DAIJIRO
5334438

TAMURA, KYOKO
5320007
TAN, SIYU JOLENE
4427746

TANG, JUN-MIN
4297305

TANG, YUE TAN DAVID
4352126

TEER, RICHARD JOSEPH
2839769

TESTA, ANDREA PATRICIA
3047081

THARPE, LISA L.
4881520

THOMPSON, STEPHEN DAVID
5102835

TILLEMAN, BERNARD HENRI
2341402

TILLMANN, JACQUELINE LEWIS
2618288

TOKUJIYA, KEIJI
5065339

TONG, JIE
5183066

TORRES-BAGATSING, MARY ALLEN
4076592

TSAI, NICHOLAS FOSTER
5375647

TULIN, PETER ALEXANDER
1403468

ULLMAN, REBECCA HAYES
4972170

URABE, TAKUJIRO
4603999

VAN TUYLL VAN SEROOSKERKEN, REINOUT FREDERIK
4830543

VANTSIOURI, PETROULA
4794194

VARGAS, ARIVEE NATALIE
5074307

VASCONSELLOS, CARLOS EDUARDO
4970257

VOGEL, DIANE LISA
2448462

VON BERGHES, JOCHEN
4586244

WADE, ELIZABETH ANN
2732501

WAHI, SIDDHARTH
4153706

WAKATSUKI, EMI
4643672

WALL, MICHELLE
2173193

WALSH, THOMAS PATRICK
2251320

WAN, SHANG
5356977

WANG, CHENYE
5286653

WANG, CHU
5232657

WANG, QINGJIE
3928942

WANG, SHANSHAN
5195706

WANG, SHI YUAN
5289921

WANG, SHUJING
5229976

WANG, SHUYIN
4556437

WANG, XIAOLIN
3018629

WANG, YI
5143177

WANG, YIN-CHIN
4505566

WARING, PATRICK JAMES SMITH
2890093

WASSEL, LYNN SUSAN
5056759

WEBBER, AUSTIN LIDSTONE
4860391

WEHNER, RYAN ANTHONY
5266002

WEINL, MARKUS CHRISTIAN
2432896

WEINSTEIN, DANIELLE BROOKE
4956157

WELLS, KEVIN JOHN
4752093

WHELAN, KATHLEEN
1276856

WILLIAMS, MARK EDWARD
2256287
WILLIFORD, JAMES CARLO
4160230

WILLNER, MICHAEL J.
1991041

WILSON, BRIDGET MARY
4571980

WINN, PATRICK MATTHEW
5336359

WONG, LISA LIJU
3982329

WOOD, CANBY BIDDLE
4795183

WOODWARD, ALEXA LEIGH
5007281

WRIGHT, ASHLEY NICOLE
5204920

WU, MIN
4531059

WU, SHUYE
5155510

WU, SI
4890588

WU, SOPHIE MARINA JUNE
4431300

XIA, YU
5183389

XIANG, WEI
5255344

XU, ZHENGJIE
5074786

YALIM, HASAN TUVAN
4347399

YANG, JINWOOK
4944005

YANG, MUN SIG
4963229

YANG, QIAOWEN
5283346

YEO, CATHERINE JUNGHYUN
5300033

YI, SOONG KI
4686606

YIMER, ASEGED
4290169

YOU, RU
5334545

YU, JIN YOUNG
4721007

YUCHT, DAVID
2208940

YUDIN, MICHAEL KEITH
2501021

YUILLE, LUA KAMAL
4379210

ZANETOS, IRENE
3898657

ZBOROVSKI, SARA CARLI
4048583

ZENG, YONGGANG
4580650

ZHANG, XIAOYU
5323886

ZHANG, XUEHUI CASSIE
5036165

ZHANG, YANG
5283528

ZHENG, LIANG
4934378

ZHENG, XIAO
5161229

ZHOU, HAIYAN
5351796

ZHOU, LIN
5328547

ZHU, XIAO
5307335

ZHUANG, TIANTIAN
5161195

ZHUO, WENZHAO
4980421

ZIMMERMANN, MICHAL
4739181

ZITOMER, BURTON
1824242

ZOCHOWSKI, KIRSTEN A.
4077327

ZOHN, EDWARD JAY
2764991

ZOU, QING
4961942

ZOU, ZHIQING
5055637

Footnotes

Footnote 1: We take the opportunity to once again remind the bar that, over and above the biennial registration requirement, every New York attorney also has an affirmative duty to keep the Office of Court Administration apprised of his or her up-to-date contact information (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [f]).